
Financial Disclosure Incomplete

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE' |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Liquid Treasury Fund #2 (No.Am.Trust Co.) | A | Interest | J | T | | | | | |
| 2 Berkeley Money Market Fund (No.Am.Trust) | A | Interest | J | T | | | | | |
| 3 TRowePrice(TRP)Equity Inc.Fund | B | Interest | K | T | | | | | |
| 4 TRP GNMA Fund | D | Interest | L | T | | | | | |
| 5 TRP Growth & Income | A | Interest | K | T | | | | | |
| 6 TRP Growth Stock | A | Dividend | L | T | | | | | |
| 7 TRP High Yield | D | Interest | L | T | | | | | |
| 8 TRP International Stock | A | Dividend | J | T | | | | | |
| 9 TRP Mid Cap Growth Stock | B | Dividend | L | T | | | | | |
| 10 TRP Prime Reserves | B | Interest | K | T | | | | | |
| 11 TRP Science & Tech | A | Dividend | K | T | | | | | |
| 12 TRP Small Cap Value | A | Dividend | K | T | | | | | |
| 13 CATS Series T - Zero % bond - 2001 | A | Interest | J | T | | | | | |
| 14 Financing Corp.-Zero% bond 2002 | A | Interest | J | T | | | | | |
| 15 US Treasury Note-5.75% 2003 | B | Interest | K | T | | | | | |
| 16 CATS Series E-Zero% bond 2003 | A | Interest | J | T | | | | | |
| 17 US Treasury Note 5.87% 2004 | A | Interest | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g. dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g. buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 US Treasury Strips - Zero% Bond 2004 | A | Interest | J | T | | | | | |
| 19 CATS Series Q Zero% Bond 2005 | A | Interest | J | T | | | | | |
| 20 CATS Series T - Zero % bond - 2006 | A | Interest | J | T | | | | | |
| 21 Coupon Treas. Rect. - Zero % bond - 2007 | A | Interest | J | T | | | | | |
| 22 Coupon Treas. Rect. Zero % bond - 2008 | A | Interest | J | T | | | | | |
| 23 Resolution Funding Corp.bond - 2009 | A | Interest | J | T | | | | | |
| 24 US Treasury strips - Zero % bond - 2010 | A | Interest | J | T | | | | | |
| 25 Resolution Funding Corp Coupon Strips 2011 | | | J | T | | | | | |
| 26 Resolution Funding Corp Coupon Strips 2012 | | | J | T | | | | | |
| 27 Merrill Lynch Retirement Reserves | B | Interest | K | T | | | | | |
| 28 Colonial Small Cap Value Fund | | | K | T | | | | | |
| 29 Colonial Global Equity Fund | A | Dividend | K | T | | | | | |
| 30 Davis NY Venture Fund | A | Dividend | L | T | | | | | |
| 31 Ivy US Emerging Growth Fund | | | K | T | | | | | |
| 32 MFS Research Fund | B | Dividend | L | T | | | | | |
| 33 ML Basic Value Fund | A | Dividend | L | T | | | | | |
| 34 Phoenix-Engemann Growth Fund | | | L | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- | --- |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- | --- |
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets — Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Seligman Frontier Fund | | | K | T | | | | | |
| 36 Seligman Henderson Global Smaller Cos. Fund | | | K | T | | | | | |
| 37 Templeton World Fund | A | Dividend | K | T | | | | | |
| 38 Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 39 Pasadena Growth Fund | A | | | | | | | | |
| 40 US Treasury Note 8.125% 1998 | B | Interest | | | | | | | |
| 41 Resolution Funding Corp Zero % Bond 2001 | | | J | T | | | | | |
| 42 Coupon Treasury Rect. Zero% bond – 2002 | | | J | T | | | | | |
| 43 Resolution Funding Corp. Zero% bond – 2005 | | | J | T | | | | | |
| 44 Resolution Funding Corp. Zero% bond – 2006 | | | J | T | | | | | |
| 45 Resolution Funding Corp. Zero% bond – 2007 | | | J | T | | | | | |
| 46 Resolution Funding Corp. Zero % bond – 2008 | | | J | T | | | | | |
| 47 Resolution Funding Corp. Zero % bond – 2009 | | | J | T | | | | | |
| 48 Financing Corp Zero% Bond 2010 | | | J | T | | | | | |
| 49 Resolution Funding Corp Zero% Bond 2011 | | | J | T | | | | | |
| 50 US Treasury Strips Zero% Bond 2013 | | | J | T | | | | | |
| 51 Financing Corp Zero% Bond 2014 | | | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

Name of Person Reporting: Fisher, Raymond C.

Date of Report: 03/15/1999

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Merrill Lynch Ret. Reserves Fund (#2) | A | Interest | J | T | | | | | |
| 53 Smith Barney Money Funds | A | Interest | J | T | | | | | |
| 54 S/B Europe Fund | A | Dividend | K | T | | | | | |
| 55 S/B Schroeder All Asia Fund | | | | | | | | | |
| 56 S/B Fidelity Advisor Ser II Growth Fund | | | J | T | | | | | |
| 57 Calif. EDL USC Ser.A Bonds | B | Interest | | | | | | | |
| 58 Schwab Montgomery Growth Fund (RCF) | | | K | T | | | | | |
| 59 Schwab Mgrs.Special Equity Fund (RCF) | A | Dividend | K | T | | | | | |
| 60 Schwab 1000 Fund (RCF) | A | Dividend | K | T | | | | | |
| 61 Schwab Muni Money Fund (RCF) | A | Interest | K | T | | | | | |
| 62 (S)Schwab 1000 Fund (NLF) | A | Dividend | K | T | | | | | |
| 63 (S)Schwab Muni Money Fund (NLF) | A | Interest | K | T | | | | | |
| 64 Citifunds US Treasury Reserves | D | Interest | M | T | | | | | |
| 65 Citifunds CA Tax Free Reserves | B | Interest | K | T | | | | | |
| 66 DOJ Thrift Savings Plan G and C Funds | A | Interest | J | U | | | | | |
| 67 Coachman Common stock | | | J | T | | | | | |
| 68 City Natl.Bank IRA (RCF) | A | Interest | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 5 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 (S)City Natl.Bank IRA (NLF) | A | Interest | J | T | | | | | |
| 70 Best American Fund Annuity - IRA | B | Dividend | K | T | | | | | |
| 71 Heller Ehrman Pension fund | B | Dividend | | | | | | | |
| 72 (S)TSA Annuities - Jackson Natl.Life (NLF) | C | Interest | L | T | | | | | |
| 73 (S)Calif. State Teachers Retirement System (NLF) | B | Interest | K | U | | | | | |
| 74 (S)Bank of America savings acct.(NLF) | A | Interest | K | U | | | | | |
| 75 | | | | | | | | | |
| 76 Limited Partnerships | | | | | | | | | |
| 77 (J)Matrix Partners III - Decker Lake | F | Distribution | | | | | | | |
| 78 Matrix Partners XI Ltd | F | Distribution | | | | | | | |
| 79 (J)Mernan 145 (644 So.Figueroa restaurant) | C | Distribution | J | U | | | | | |
| 80 (J)Venwest Development LP1 | | | L | U | | | | | |
| 81 Winthrop Calif. Investors LP | | | K | U | | | | | |
| 82 | | | | | | | | | |
| 83 1997/98 Only | | | | | | | | | |
| 84 Motorola Inc. 0% Bond | | | | | | | | | |
| 85 Masco Corp. Sub. Deb. | B | Interest | | | | | | | |

1 Inc/Gain Codes. A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. CI, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 6  INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 AT&T Corp. stock | A | Dividend | | | | | | | |
| 87 Albertsons Inc. stock | | | | | | | | | |
| 88 AIG stock | | | | | | | | | |
| 89 Ameritech Corp. stock | A | Dividend | | | | | | | |
| 90 AMP Inc. stock | A | Dividend | | | | | | | |
| 91 Avery Dennison stock | A | Dividend | | | | | | | |
| 92 Bank of NY stock | A | Dividend | | | | | | | |
| 93 Caterpillar Inc. stock | | | | | | | | | |
| 94 Chevron Inc. stock | A | Dividend | | | | | | | |
| 95 Walt Disney stock | | | | | | | | | |
| 96 Dresser Indus. stock | | | | | | | | | |
| 97 General Electric stock | A | Dividend | | | | | | | |
| 98 Gillette Co. stock | A | Dividend | | | | | | | |
| 99 WW Grainger stock | | | | | | | | | |
| 100 Hewlitt Packard stock | | | | | | | | | |
| 101 Intel Corp. stock | | | | | | | | | |
| 102 Lucent Tech. stock | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 Mellon Bank stock | A | Dividend | | | | | | | |
| 104 Merck & Co. stock | A | Dividend | | | | | | | |
| 105 Motorola Inc. stock | A | Dividend | | | | | | | |
| 106 NCR Corp. stock | | | | | | | | | |
| 107 Nestle SA Rep.Rg. stock | | | | | | | | | |
| 108 Norwest Corp. stock | A | Dividend | | | | | | | |
| 109 Roche Holding Ltd. stock | | | | | | | | | |
| 110 Royal Dutch Pete NY stock | A | Dividend | | | | | | | |
| 111 Sigma Aldrich Corp. stock | | | | | | | | | |
| 112 Time Warner Inc. stock | | | | | | | | | |
| 113 Williams Cos.stock | A | Dividend | | | | | | | |
| 114 Merrill Lynch Dragon Fund (Asia) | A | Dividend | | | | | | | |
| 115 Fort Howard Corp. bond | B | Interest | | | | | | | |
| 116 Cetus Corp. conv. debenture | B | Interest | | | | | | | |
| 117 Eagle Hardware & Garden debenture | B | Interest | | | | | | | |
| 118 Pasadena Growth Fund | | | | | | | | | |
| 119 Stockton Calif.CFTS bonds | B | Interest | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____          Date 3/15/99

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

**Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544**

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

NONE

## SECTION HEADING.   *(Indicate part of report.)*

Information continued from Parts I through VI, inclusive.

PART  1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
| --- | --- | --- |
| 4 | Member, Board of Directors (1995-97) | Brennan Center for Justice (nonprofit), New York NY |
| 5 | Member, Board of Directors (1996-97) | Los Angeles Police Academy Magnet Schools (nonprofit), Los Angeles  CA |